# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL APOLINAR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | Case No. 1:21-cv-00217-NONE-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 24, 2021, this Court ordered that within sixty days of the date of service of the order, Respondent was to file a response to the petition. (ECF No. 7). To date, Respondent has failed to file a response to the petition.

　　　　The Court HEREBY ORDERS that within **seven (7) days** of the date of service of this order Respondent shall file a response to the petition and any and all transcripts or other documents necessary for the resolution of the issues presented in the petition.

IT IS SO ORDERED.

Dated: __**May 7, 2021**__　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE